BERNARD GERLA, Appellant, *v.* BANKERS TRUST COMPANY, Individually and as Substituted Trustee under the Will of ALBERT S. ROSENBAUM, Deceased, Respondent.

Submitted March 1, 1948; decided March 11, 1948.

*John G. Clancy* for motion.
*Orison S. Marden* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, proof is made by affidavit of facts showing that the motion was made within the time limited by the Civil Practice Act, and all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed with the clerk.